■ SECURITY MUTUAL INSURANCE COMPANY, as Subrogee of LOTTIE MOZDZIER, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 20.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, as Subrogee of ERNEST ARNOLD and Others, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 21.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present— Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ COLGATE HEATING CORPORATION, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 22.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ UNITED STATES FIDELITY & GUARANTY COMPANY, as Subrogee of SWADOS FURNITURE, INC., Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 23.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.